

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Rich Ryan Garcia

                 **Plaintiff,**

V.

Attorney Julie Cobalt; Amy Olsen; John Going

                 **Defendant.**

Civil Action No.  17cv0630-JLS-JLB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court dismisses without prejudice plaintiff's complaint.

Date: 4/27/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M. Lozano

                 M. Lozano, Deputy